UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-03813-ODW-KS Date: November 9, 2026

Title *Pierre Osama Zarif Hanna v. James Janecka et al.*

Present: The Honorable: Karen L. Stevenson, Chief United States Magistrate Judge

| Artra Rice-Nelson for Kerri Hays | N/A |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: N/A | Attorneys Present for Respondents: N/A |

**Proceedings: (IN CHAMBERS) ORDER WITHDRAWING REPORT AND RECOMMENDATION AND ORDERING RESPONSE TO FIRST AMENDED PETITION [DKT. NO. 11]**

On July 10, 2026, Petitioner's retained counsel filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") challenging what was then Petitioner's immigration detention at the Adelanto ICE Processing Center in Adelanto, California. (Dkt. No. 2.) After receiving briefing, the assigned Chief Magistrate Judge issued a Report recommending that judgment be entered granting the Petition and that a writ of habeas corpus issue requiring Respondents to provide Petitioner with a constitutionally adequate bond hearing. (Dkt. No. 10.)

Although no objections to the Report were filed, in response to the Report, Petitioner's counsel filed a "Notice of Change in Circumstances Regarding Petitioner's Release on Bond and Request for Removal of Ankle Monitor." (Dkt. No. 11.) The Notice informs the Court that Petitioner was released on bond after receiving a hearing, but that the government also attached an ankle monitor. (*Id.*) Petitioner's counsel argues that "this continuing restraint violates [Petitioner's] due process rights" and fully briefs the issue with citation to authority. (*Id.*)

In the interests of justice, and in light of the change in circumstances, the Court construes the Notice filed by Petitioner's counsel at Docket Entry No. 11 as a First Amended Petition ("FAP"). The Court GRANTS leave to amend and accepts the FAP as the now-operative pleading.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 5:26-cv-03813-ODW-KS Date: November 9, 2026

Title *Pierre Osama Zarif Hanna v. James Janecka et al.*

The FAP supersedes the original Petition in all respects. *See* C.D. Cal. L.R. 15-2 ("Every amended pleading filed as a matter of right or allowed by order of the Court shall be complete including exhibits. The amended pleading shall not refer to the prior, superseded pleading."); *see also Koala v. Khosla*, 931 F.3d 887, 895 (9th Cir. 2019) (holding that the court was "constrained to review only the allegations in the [amended pleading]" and declining to consider a request for injunctive relief made in an earlier version of the complaint); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992) (declining to refer to earlier versions of a *pro se* complaint to determine the identity of "et al." defendants that were not named in the amended pleading based on "the well-established doctrine that an amended pleading supersedes the original pleading").

Based upon the foregoing, the Report and Recommendation issued on October 15, 2026 (Dkt. No. 10), is hereby **WITHDRAWN**. Respondents are directed to file an Answer to the FAP on or before **November 16, 2026**.

**IT IS SO ORDERED.**

:

**Initials of Preparer** an